# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DARRELL BILBREY,

      Plaintiff,

v.                                                 Case No:   6:25-cv-1688-PGB-LHP

OCEANA OCEANFRONT
CONDOMINIUM ASSOCIATION,
INC.,

      Defendant

---

## ORDER

The case is before the Court on Defendant's Time Sensitive Motion to Compel Discovery Responses, and Plaintiff's response thereto. Doc. Nos. 22, 26. Discovery in this matter opened on or about October 10, 2025, and is scheduled to close on or about October 5, 2026. *See* Doc. Nos. 17, 19; Fed. R. Civ. P. 26(d).

First, Defendant seeks an immediate ruling in order to accommodate its scheduling of Plaintiff's deposition. Doc. No. 22, at 1. But Defendant's scheduling decisions and preferences, particularly when discovery does not close until October 5, 2026, do not an emergency make.

Second, Plaintiff's response (Doc. No. 26) fails to comply with the Court's Standing Order on Discovery Motions.  *See* Doc. No. 20, ¶ 2.  Accordingly, the response is hereby **STRICKEN**.

Third, while the Court could deem Defendant's motion to be unopposed, a review of the motion and the now-stricken response make clear that the parties have not been clearly and effectively communicating in a good faith and cooperative manner with respect to the present dispute.   Indeed, it appears that a large portion of the present motion is based on an apparent miscommunication.  As such, the Court finds that the better course is to require the parties to confer again in good faith.

Accordingly, on or before **December 9, 2025**, the parties shall meet and confer – either in person or via an online video platform (phone or email will not suffice) – in a good faith effort to resolve the disputes at issue in Defendant's motion.  If after that good faith meeting the parties have been unable to resolve all issues, Defendant may file a supplemental brief in support of its motion on or before **December 16, 2025**, which shall identify all issues that have been resolved, address all issues that remain in dispute, provide relevant legal authority in support, and include a detailed recitation of the conferral efforts to date.   Such motion may not exceed **15 pages** in length, not including captions and certifications.   Plaintiff shall file a renewed response in opposition, which also includes relevant legal authority

in support and addresses all issues raised in Defendant's motion and supplemental brief, on or before **December 23, 2025**. Plaintiff's response may not exceed **15 pages** in length, not including captions and certifications.

Upon receipt of the supplemental filings the Court will take the matter under advisement for such further proceedings as are necessary and appropriate. This Order does not speak to the December 18, 2025 deposition of Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record